UNITED STATES BANKRUPTCY COURT
FOR MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
DAWN DEMAINE :
    Debtor : CASE NO. 1-20-00632-HWV

## AMENDED CERTIFICATE OF SERVICE

I, J.G. Bergdoll, Esquire, do hereby certify that I have this day caused Debtor's Motion to Modify Post Confirmation Chapter 13 Plan and Notice to be served upon the following persons on this 4th day of November, 2020.

Motion was served electronically to:

| | |
|---|---|
| M&T Bank<br>1 Fountain Plz<br>Buffalo, NY 14203 | Kevin McDonald, Esquire<br>KML Law Group<br>701 Market St., Ste 5000<br>Philadelphia, PA 19106 |

All creditors on matrix attached

By: /s/ J.G. Bergdoll, Esquire
    J.G. Bergdoll, Esquire
    300 West Market Street
    York, PA 17401
    (717) 845-5131
    Attorney for Debtor

Ally  
PO Box 380902  
Bloomington, MN  55438-0902


CAPITAL ONE BANK (USA), N.A.  
PO Box 71083  
Charlotte, NC  28272-1083


Chase  
PO Box 1423  
Charlotte, NC  28201-1423


Citi  
PO Box 70166  
Philadelphia, PA  19176-0166


Comcast  
PO Box 55126  
Boston, MA  02205-5126


Dallastown Borough  
175 E Broad St  
Dallastown, PA  17313-1839


Discover Personal Loans  
PO Box 6105  
Carol Stream, IL  60197-6105

Kevin McDonald
KML Law Group
701 Market St Ste 5000
Philadelphia, PA 19106-1541


M&T Bank
1 Fountain Plz
Buffalo, NY 14203-1420


Sony Visa
PO Box 659813
San Antonio, TX 78265-9113


Synchrony Bank/Care Credit
PO Box 965033
Orlando, FL 32896-5033


York County Tax Bureau
28 E Market St Rm 110
York, PA 17401-1587