UNITED STATES BANKRUPTCY COURT
FOR MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                    :    CHAPTER 13
                          :
DAWN DEMAINE              :
    Debtor                :    CASE NO. 1-20-00632-HWV

## CERTIFICATE OF SERVICE

I, J.G. Bergdoll, Esquire, do hereby certify that I have this day caused Debtor's Motion to Approve Loan Modification to be served upon the following persons on this 26th day of January, 2021.

Motion was served electronically to:

M&T Bank
1 Fountain Plz
Buffalo, NY 14203

Rebecca Solarz, Esquire
KML Law Group
701 Market St., Ste 5000
Philadelphia, PA 19106

Charles DeHart
8125 Adams Dr., Ste. A
Hummelstown, PA 17036

All creditors on attached matrix

By: /s/ J.G. Bergdoll, Esquire
J.G. Bergdoll, Esquire
300 West Market Street
York, PA 17401
(717) 845-5131
Attorney for Debtor

Ally
PO Box 380902
Bloomington, MN  55438-0902


CAPITAL ONE BANK (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083


Chase
PO Box 1423
Charlotte, NC  28201-1423


Citi
PO Box 70166
Philadelphia, PA  19176-0166


Comcast
PO Box 55126
Boston, MA  02205-5126


Dallastown Borough
175 E Broad St
Dallastown, PA  17313-1839


Discover Personal Loans
PO Box 6105
Carol Stream, IL  60197-6105

Kevin McDonald
KML Law Group
701 Market St Ste 5000
Philadelphia, PA  19106-1541


M&T Bank
1 Fountain Plz
Buffalo, NY  14203-1420


Sony Visa
PO Box 659813
San Antonio, TX  78265-9113


Synchrony Bank/Care Credit
PO Box 965033
Orlando, FL  32896-5033


York County Tax Bureau
28 E Market St Rm 110
York, PA  17401-1587