UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: DAWN ALAINE DEMAINE | : | CHAPTER 13 |
| Debtor | : | CASE NO. 1:20-BK-00632-HWV |

## NOTICE

The Debtor, Dawn Alaine DeMaine, filed a Motion to Approve Loan Modification Agreement on January 26, 2021. If you object to the relief requested, you must file your objection/response within twenty-one (21) days of date of service with the Clerk of Bankruptcy Court, 228 Walnut Street, Rm 320, Harrisburg, PA 17101-2800 and serve a copy on appropriate parties.

If you file and serve an objection/response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing and may grant the relief requested.

Date: January 26, 2021

J.G. Bergdoll, Esquire
Law Office of J.G. Bergdoll
300 W. Market Street
York, PA 17401
(717) 845-5131
jgbergdoll@bergdolllawoffices.com