United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                    Case No. 20-00632-HWV

Dawn Alaine DeMaine                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                 User: AutoDocke                  Page 1 of 2
Date Rcvd: Feb 22, 2021          Form ID: pdf010                 Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2021:**

**Recip ID**            **Recipient Name and Address**
                +    Rebecca Solara Esquire, KML Law Group, 701 Market St., Ste 5000, Philadelphia PA 19106-1541

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5304248 | Email/Text: camanagement@mtb.com | Feb 22 2021 19:09:00 | M&T Bank, 1 Fountain Plz, Buffalo, NY 14203-1420 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 24, 2021                            Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| John George Bergdoll, IV | on behalf of Debtor 1 Dawn Alaine DeMaine kworley@bergdolllawoffices.com G17691@notify.cincompass.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
Dawn Alaine DeMaine :
Debtor : CASE NO. 1-20-bk-00632-HWV

**ORDER**

AND NOW, upon consideration of Debtor's Motion to Approve Loan Modification, it is hereby Order and Decreed that the Loan Modification Agreement attached to the Motion is hereby approved.

Dated: February 22, 2021     By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (CD)