Certificate Number: 01721-PAM-DE-039626462

Bankruptcy Case Number: 20-00632


01721-PAM-DE-039626462

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on May 3, 2025, at 4:53 o'clock PM EDT, Dawn DeMaine completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 5, 2025   By: /s/Robin Vasselo

Name: Robin Vasselo

Title: Counselor