In re:  Case No. 20-00632-HWV
Dawn Alaine DeMaine  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: May 06, 2025      Form ID: 3180W      Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dawn Alaine DeMaine, 137 N Lombard St, Dallastown, PA 17313-1813 |
| 5304245 | | Dallastown Borough, 175 E Broad St, Dallastown, PA 17313-1839 |
| 5304247 | | Kevin McDonald, KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5325894 | + | Peter T. Ruth, Stock and Leader, 221 W. Philadelphia St., Suite E600, York, PA 17401-2991 |
| 5304252 | | York County Tax Bureau, 28 E Market St Rm 110, York, PA 17401-1587 |
| 5325895 | + | York County Tax Claim Bureau, 28 E. Market St., York, PA 17401-1501 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | May 06 2025 22:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5322100 | | EDI: GMACFS.COM | May 06 2025 22:38:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 5304242 | | EDI: CAPITALONE.COM | May 06 2025 22:38:00 | CAPITAL ONE BANK (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5317390 | | EDI: CAPITALONE.COM | May 06 2025 22:38:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5304243 | | EDI: JPMORGANCHASE | May 06 2025 22:38:00 | Chase, PO Box 1423, Charlotte, NC 28201-1423 |
| 5304244 | | EDI: CITICORP | May 06 2025 22:38:00 | Citi, PO Box 70166, Philadelphia, PA 19176-0166 |
| 5325432 | | EDI: CITICORP | May 06 2025 22:38:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5308211 | | EDI: DISCOVER | May 06 2025 22:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5304246 | | EDI: DISCOVERPL | May 06 2025 22:38:00 | Discover Personal Loans, PO Box 6105, Carol Stream, IL 60197-6105 |
| 5315761 | + | Email/Text: RASEBN@raslg.com | May 06 2025 18:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5304248 | | Email/Text: camanagement@mtb.com | May 06 2025 18:36:00 | M&T Bank, 1 Fountain Plz, Buffalo, NY 14203-1420 |
| 5309559 | + | Email/Text: camanagement@mtb.com | May 06 2025 18:36:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5322763 | | EDI: Q3G.COM | May 06 2025 22:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5304250 | | EDI: WFNNB.COM | | |

| | | | |
|---|---|---|---|
| 5304186 | ^ MEBN | May 06 2025 22:38:00 | Sony Visa, PO Box 659813, San Antonio, TX 78265-9113 |
| 5304251 | EDI: SYNC | May 06 2025 18:36:44 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5325895 | + Email/Text: smsauble@yorkcountypa.gov | May 06 2025 22:38:00 | Synchrony Bank/Care Credit, PO Box 965033, Orlando, FL 32896-5033 |
| | | May 06 2025 18:36:00 | York County Tax Claim Bureau, 28 E. Market St., York, PA 17401-1501 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 08, 2025                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| John George Bergdoll, IV | on behalf of Debtor 1 Dawn Alaine DeMaine johngbesq@bergdolllawoffices.com g17691@notify.cincompass.com;bergdoll.johnb127477@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Dawn Alaine DeMaine (First Name, Middle Name, Last Name) | | Social Security number or ITIN: xxx–xx–5497<br>EIN: __–_____ |
| Debtor 2 (Spouse, if filing): (First Name, Middle Name, Last Name) | | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 1:20-bk-00632-HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dawn Alaine DeMaine

5/6/25

**By the court:** *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**